# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2021

Lyle W. Cayce
Clerk

No. 20-61009
Summary Calendar

Jelissa Vigne, As Guardian and Next Friend of Christopher Bias, Jr., a Minor for the Wrongful Death of Christopher Bias, Sr., Deceased and on Behalf of All Wrongful Death Beneficiaries of Christopher Bias, Sr., Deceased,

*Plaintiff—Appellant*,

*versus*

Ohio Security Insurance Company; Peewee Lee, *doing business as* Reliable Paving,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:18-CV-634

Before Higginbotham, Jones, and Costa, *Circuit Judges*.

Per Curiam:*

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-61009

The court has carefully considered this appeal in light of the briefs and pertinent portions of the record. Having done so, we find no error of law or reversible error of fact. The district court's judgment is AFFIRMED for essentially the same reasons articulated by that court.